# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WHOLESALE FASHION COUTURE, INC., a California Corporation; MENI BAR, an Individual; G STAGE LOVE.COM, INC. dba GS LOVE, a California Corporation; STEVE KIM, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00371-PA-AGR<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Percy Anderson |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
The Honorable Percy Anderson
United Stated District Court Judge